UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALFRED JOHN BAPTISTE (#123363)

VERSUS

FREDRICK BOUTTE, ET AL.

CIVIL ACTION

NO. 10-0128-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's motion for summary judgment[1] shall be denied, that the defendants' motion for summary judgment[2] shall be granted and this action shall be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 28, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 18.

[2] Rec. Doc. No. 22.

Doc#47509